# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAMES STEWART**                                                                                          **PETITIONER**
**ADC #103242**

**VS.**           **CASE NO.: 5:14CV00145 JM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, James Stewart's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 14th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE